Scott Thomas Green, SBN 82220
Shawn S. White, SBN 251470
**GREEN & CAMPBELL, LLP**
1777 E. Los Angeles Ave., Suite 201
Simi Valley, California 93065
Tel.: (805) 306-1100
Fax: (805) 306-1300

Attorneys for Debtors, Joe and Lyla Alcaraz

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- SAN FERNANDO VALLEY DISTRICT

| In Re: | ) | Chapter 13 Case |
|---|---|---|
| Alcaraz, Lyla and Joe | ) | Case. No. 1:09-bk-22743 |
| Debtors. | ) | **NOTICE OF MOTION AND MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT** |
| | ) | Date: January 12 2010 |
| | ) | Time: 09:00 AM |
| | ) | Place: 21041 Burbank Blvd, Woodland Hills CA 91367 |
| | ) | Room: Courtroom 302 - 3rd floor |

TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE, PARTIES IN INTEREST AND COUNSEL OF RECORD:

COMES NOW JOE AND LYLA ALCARAZ, Chapter 13 Debtors ("DEBTORS"), and hereby move this Court to pursuant to 11 U.S.C. §§506(a) and 1325(a)(5)(B) and *In re Lam (Lam vs. Investors Thrift)*, 211 B.R. 36 (9th Cir.BAP 1997), for a determination of the secured value of the Real Property located at 718 Calle Jazmin, Thousand Oaks California 91360 (APN-675–0-374-145) (the "REAL PROPERTY") to be $480,000, based upon an appraisal as of November 13, 2009, and stay post petition payments by DEBTORS and to treat the claims of, as wholly

F:\CLIENTS\Alcaraz, Joe and Lyla\Chapter 13 Bankruptcy\Pleading\LAM2nd.wpd

- 1 -

Green, & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

NOTICE OF MOTION AND MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT

unsecured for purposes of plan confirmation, on the grounds that the value of the REAL PROPERTY has declined in value since DEBTORS originally purchased the REAL PROPERTY on August 19 2005, at the price of $725,000, upon which the encumbrances with Bank of America, ("BOFA") and Wells Fargo Home Mortgage ("WFHM") are recorded as liens against the Real Property with the Los Angeles County Recorder's Office, such that the value of the REAL PROPERTY no longer has equity adequate to fully secure encumbrances, resulting in WFHM being 100% undersecured and not entitled to treatment under DEBTORS' proposed Chapter 13 Plan as a secured creditor for the full amount of their purported claim; and on the further grounds set forth in the Memorandum and Authorities, Declaration in Support, filed concurrently herewithin, and on such further grounds as may be presented in oral arguments before this Court or upon Reply to any opposition filed in response to this Motion.

NOTICE IS FURTHER GIVEN that in accordance with the Local Rules of this Court, should any party wish to oppose this Motion, they must do so by written opposition filed and served upon counsel for Debtors not less than fourteen (14) days from the date of notice of this Motion, and failure to do so may be deemed a waiver of any opposition which may have been made, resulting in entry of an order granting the within Motion.

WHEREFORE, DEBTORS respectfully request the Court grant their Motion, and value the Real Property at $480,000 deeming WFHM an undersecured creditor for the purpose of treatment under DEBTOR'S proposed Chapter 13 Plan and that DEBTORS are relieved from making any post petition payments to WFHM, and that the Chapter 13 Trustee will not advance to WFHM, on account of any proposed Chapter 13 Plan, any payment for the purposes of curing any amount in default or in arrears to WFHM, and for such other and further relief as the Court may deem just and proper.

Dated: 12/2/2009

GREEN & CAMPBELL, LLP

By: _____
Shawn S. White
Attorneys for Debtors

F:\CLIENTS\Alcaraz, Joe and Lyla\Chapter 13 Bankruptcy\Pleading\LAM2nd.wpd

- 2 -

NOTICE OF MOTION AND MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT