Scott Thomas Green, SBN 82120
Shawn S. White, SBN 251470
GREEN & CAMPBELL, LLP
1777 E. Los Angeles Ave., Suite 201
Simi Valley, California 93065
Tel.: (805) 306-1100
Fax: (805) 306-1300

Attorneys for Debtors, Joe and Lyla Alcaraz



FILED & ENTERED

JAN 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DISTRICT

| | |
|---|---|
| In Re:<br><br>  Alcaraz, Lyla and Joe<br><br>        Debtor.<br><br>_____ | Chapter 13 Case<br><br>Case No. 1:09-bk-22743<br><br>**ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS.**<br><br>Date:  January 12 2010<br>Time:  09:00 AM<br>Place:  21041 Burbank Blvd,<br>          Woodland Hills CA 91367<br>Room:  Courtroom 302 - 3rd floor |

There came on for hearing on January 12 2010, the Motion by LYLA ALCAREZ AND JOE ALCAREZ, Chapter 13 Debtors ("Debtors"); pursuant to 11 U.S.C. §§ 506(a) and 1325(a)(5)(B) and In re Lam (Lam vs. Investors Thrift) 211 B R 36 (9th CirBAP 1997) for a determination of the secured value of the Real Property located at 718 Calle Jazmin, Thousand Oaks CA 91384, APN 675-0-374-145 ("Real Property") to be $480,000.00, based upon appraisal as of November 11 2009, to stay post petition payments by DEBTORS and to treat the claims of WELLS FARGO BANK N.A. on Account No. 1998, as wholly unsecured for purposes of plan confirmation on the grounds that the value of the Real Property has declined in value since DEBTORS incurred the debt with WELLS FARGO BANK N.A. on Account No. 1998, with appearances noted on the record, the Court having read and considered the Motion filed by Debtors, and good cause being shown, it is,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

ORDERED, ADJUDGED AND DECREED, pursuant to 11 U.S.C. §§506(a) and 1325(a)(5)(B) and In re Lam (Lam vs Investors Thrift), 21 1 B.R. 36 (9th CirBAP 1997), that the value of the Real Property located at 718 Calle Jazmin, Thousand Oaks CA 91384, APN 675-0-374-145 to be $480,000.00 (the "Value").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that after deducting the First Deed of Trust of BANK OF AMERICA on Account No. 2995 from the Value there is no equity remaining in the Real Property to secure the claim of WELLS FARGO BANK N.A. on Account No.1998.

IT IS FURTHER ORDERED. ADJUDGED AND DECREED that the claim of WELLS FARGO BANK N.A. on Account No. 1998, secured by a Second Deed of Trust, is unsecured for purposes of this Chapter 13 Case, such that upon confirmation of DEBTORS' Chapter 13 Plan, WELLS FARGO BANK N.A. on Account No. 1998 will be treated as a general unsecured claim and paid pro rata with other allowed unsecured claims.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there will be no post petition maintenance payments due, demanded, or to be paid by the DEBTORS on WELLS FARGO BANK N.A. on Account No. 1998.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Second Deed of Trust of WELLS FARGO BANK N.A. on Account No. 1998 will be avoided as of the date of entry of the order of discharge of the DEBTORS in this Chapter 13 Case.

###

DATED: January 21, 2010

_____
United States Bankruptcy Judge

| In re: | CHAPTER 13 |
|---|---|
| Alcaraz, Joe & Lyla | |
| Debtor(s). | CASE NUMBER 1:09-bk-22743 MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Green & Campbell LLP 1777 E. Los Angeles Simi Valley CA 93065

A true and correct copy of the foregoing document described [Proposed] ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/13/2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Elizabeth Rojas Trustee - cacb_ecf_sv@ch13wla.com
Jeany A Duff Vogt & Resnick LLP jduff@vogt-renick.com
United States Trustee - ustpregion16.wh.ecf@usdoj.gov
Christopher M McDermott ecfcacb@piteduncan.com
Shawn White shawn@cabankrupt.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/14/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen Tighe
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/14/2010 | Shawn White | /s/ *Shawn White* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re:<br>Alcaraz, Joe & Lyla | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:09-bk-22743 MT |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND STAY POST PETITION PAYMENTS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    1/14/2010                              , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth Rojas Trustee - cacb_ecf_sv@ch13wla.com
United States Trustee - ustpregion16.wh.ecf@usdoj.gov
Shawn White – Movant's Attorney - shawn@cabankrupt.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Elizabeth Rojas Trustee - cacb_ecf_sv@ch13wla.com
United States Trustee - ustpregion16.wh.ecf@usdoj.gov
Shawn White – Movant's Attorney - shawn@cabankrupt.com

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: admin              Page 1 of 1             Date Rcvd: Jan 21, 2010
Case: 09-22743                Form ID: pdf031          Total Noticed: 8

The following entities were noticed by first class mail on Jan 23, 2010.
db/jdb       +Lyla Kay Alcaraz,   Joe Cardoza Alcaraz,   718 Calle Jazmin,   Thousand Oaks, CA 91360-4918
aty          +Christopher M McDermott,   4375 Jutland Dr Ste 200,   San Diego, CA 92117-3600
aty          +Dolores Garcia,   Portfollio Recovery Assoc,   130 Corporate Blvd,   Norfolk, VA 23502-4952
aty          +Jeany A Duff,   Vogt & Resnick LLP,   4400 MacArthur Blvd,   Newport Beach, CA 92660-2031
aty          +Shawn S White,   Law Offices of Shawn White,   1464 Madera Rd,   #N,   Simi Valley, CA 93065-3063
tr           +Elizabeth (SV) Rojas,   Noble Professional Center,   15060 Ventura Blvd., Suite 240,
              Sherman Oaks, CA 91403-2436
ust          +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
cr           +PRA Receivables Management LLC,   (successor to Capital One),   P.O. Box 41067,
              Norfolk, VA 23541-1067
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, National Association
intp          Courtsey NEF
                                                                                          TOTALS: 2, * 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**          **Signature:** _Joseph Speetjens_