| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER _____ |
|---|---|
| | CASE NUMBER |
| | DATE: |
| | TIME: |
| Debtor. | COURTROOM: |

## NOTICE OF MOTION FOR:

[                                                                  ]

*(Specify name of Motion)*

1. TO:
   ELIZABETH ROJAS, CHAPTER 13 TRUSTEE; ALL OTHER PARTIES IN INTEREST
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ❑ 255 East Temple Street, Los Angeles | | ❑ 411 West Fourth Street, Santa Ana | |
| ❑ 21041 Burbank Boulevard, Woodland Hills | | ❑ 1415 State Street, Santa Barbara | |
| ❑ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: _____
*Law Firm Name*
By: _____[signature]_____

Name: _____
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-1.1**

Shawn White, Esq. SBN 251470
Green & Campbell LLP
1777 E. Los Angeles St.
Simi Valley, California 93065
805-306-1100/Fax (805)306-1300

Attorney for Debtors/Movants.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Joe & Lyla Alcaraz<br><br>Debtors/Movants. | Chapter 13<br><br>Case Number 1:09-bk-22743-MT<br><br>**OBJECTION TO THE ALLOWANCE VENTURA COUNTY CREDIT UNION PROOF OF CLAIM NUMBER 5 FILED ON OCTOBER 13 2009;MEMORANDUM AND POINTS OF AUTHORITY; DECLARATION OF JOE ALCARAZ**<br><br>Date: March 9 2010<br>Time: 11:00 AM<br>Place: 21041 Burbank Blvd.<br>      Courtroom 302<br>      Woodland Hills, CA 91367 |

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE; VENTURA COUNTRY CREDIT UNION AND ALL OTHER PARTIES IN INTEREST:**

Debtor respectfully Objects to the Proof of Claim Number 5, filed on October 13 2009 by Ventura County Credit Union against the Debtor's vehicle.

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

Joe and Lyla Alcaraz ("Debtors") filed the instant Chapter 13 case on September 29, 2009. Their plan proposes to pay VENTURA COUNTY CREDIT UNION("Creditor") $24,000.00 at the contract rate of interest of 7.85% on their 2007 Chevrolet Silverado 2500 HD Pickup Truck.

On or about 4/27/2007 Debtor entered in to a Motor Vehicle Purchase Money Security Agreement ( "Agreement"). The above described Agreement was assigned to VENTURA COUNTY CREDIT UNION in the regular course of business. At the time of filing the Creditor's secured claim was approximately $47,720.96 (See a true and correct copy of the Creditor's Proof of Claim filed on October 13, 2009 attached hereto as "Exhibit A").

The value of the vehicle, as of the date of filing of this case, was worth no more than $24,000.00 based on a Kelly Blue Book suggested retail value (See a true and correct copy of the Kelly Blue Book retail value attached hereto as "Exhibit B"). The Debtor's vehicle has $150,000 miles on in (See Declaration of Joe Alcaraz). The encumbrance by the Creditor's exceeds the suggested retail value of the Vehicle. Therefore, the Creditor has a secured claim of $24,000.00, leaving the Creditor with wholly unsecured claim of $23,720.96.

Therefore, the Debtor Object's to the allowance of the Proof of Claim number 5, filed on October 13, 2009 by the Creditor.

**I.**

**A SECURED CLAIM IS SECURED ONLY TO THE EXTENT OF THE VALUE OF THE COLLATERAL, AND UNALLOWED SECURED CLAIMS ARE THEREFORE, VOID**

11 U.S.C. ~ 506(a) (1) of the Bankruptcy Code specifically states in pertinent part:

"An allowed claim of a creditor secured by a lien on the property in which the estate has an interest…is a **secured claim to the extent of the value of such creditor's interest in the estate's interest in such property…and is an unsecured claim to the extent that the value of such creditor's interest**…is less than the amount of such allowed claim." (emphasis added).

11 U.S.C. ~ 506(a) (2) of the Bankruptcy Code specifically states in pertinent part:

"If the debtor is an individual in a case under chapter 7 or 13, such value with respect to the personal property securing an allowed claim shall be determined based on the replacement value of such property as of the date of the filing of the petition without deduction for costs of sale or marketing. With respect to property acquired for personal, family, or household purposes, replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined."

**II.**

**910-DAY RULE DOES NOT APPLY**

The 910 day rule states "section 506 shall not apply to a claim described in that paragraph if the creditor has a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910-day [sic] preceding the date of the filing of the petition, and

the collateral for that debt consists of a motor vehicle (as defined in section 30110 of title 49) acquired for the **personal use of the debtor**". (emphasis added)

In the case herein, the property to be retained in the Chapter 13 Plan was purchased 880 days prior to filing for use in the Debtor's business. The Debtor runs a plastering business called Plaster Systems and has put 150,000 miles on the Vehicle using it almost exclusively for moving supplies and equipment to and from job sites (See Declaration of Joe Alcaraz).

### III.

### CONCLUSION

Because the Vehicle has been used primarily for the Debtor's business the 910-Day Rule does not apply. The value of this property is $24,000.00 or less.  Therefore, the secured interest of the Creditor is $24,000.00.  Thus, the unsecured claim of the Creditor is $23,720.96 and should be treated as unsecured for the purposes of this Chapter 13.

WHEREFORE, the debtor prays as follows:

    1. The Proof of Claim of VENTURA COUNTY CREDIT UNION be denied;

    2. That VENTURA COUNTY CREDIT UNION amend its proof of claim;

    3. For such other and further relief as the Court deems just and proper.

Dated: February 6, 2010                                          Respectfully Submitted,

                                                                  _____
                                                                       Shawn White, Esq.
                                                                       Attorney for Debtors

## SUPPORTING DECLARATION OF JOE ALCARAZ

I, Joe Alcaraz ("Debtor") who with My Wife Lyla filed Chapter 13 Case 1:09-bk-22743 (The "Case") on September 29, 2009, declare and state as follows:

1. I have personal knowledge of the facts stated in this declaration and could and would testify thereto if called as a witness. I am the owner of the 2007 Chevrolet Silverado ("The Vehicle") at issue in this case and disclosed it in the bankruptcy schedule B. At the time the Case was filed it was done to stay the foreclosure of our residence and to enable us to reorganize our financial affairs, including our business expenses and assets.

2. My wife and I operate Plaster Systems as sole proprietors. Plaster Systems provides plastering services and materials on construction projects. We purchased the Chevrolet at the price of $58,000.00. At that time The Vehicle was financed by the loan from Ventura County Credit Union.

3. Since The Vehicle was purchased it has been used almost exclusively for business hauling supplies and equipment to various job sites. As a result the vehicle has almost 150,000 miles on it.

4. Due to the general decline in the economy, the vehicles usage, and vehicle depreciation in general, the value of The Vehicle has substantially declined in value to a point where it no longer secures the security interest of the loan held by Ventura County Credit Union.

I declare under penalty of penalty that the foregoing are true and correct.

Executed on February 5, 2010 at Simi Valley California.

*/s/ Joe Alcaraz*
Joe Alcaraz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Objection to Proof of Claim Number 5

5

COPY

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: JOE CARDOZA ALCARAZ | Case Number: 1:09-bk-22743-MT |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
VENTURA COUNTY CREDIT UNION

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
VENTURA COUNTY CREDIT UNION
PO BOX 6920
6026 TELEPHONE ROAD
VENTURA CA 93003-5399

FILED
OCT 13 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: (805) 477-4049

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed:** $ 47,720.96

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** secured loan
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1090

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☒ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ 47,720.96   Annual Interest Rate 7.850 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ 1146.33   Basis for perfection: pymt history, system title

Amount of Secured Claim: $ 47,720.96   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 10/7/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
BOBBIE NERI-IREY COLLECTION OFFICER

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

026075                                                      73004027001024

## Account 0001071090 Collection Info    10/07/2009

| | | |
|---|---|---|
| JOE C ALCARAZ<br>718 CALLE JAZMIN<br>THOUSAND OAKS, CA 91360 | Home: 714-280-4705<br>Work: 714-476-0548 | SSN: 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<br>Date of Birth: 12/02/57<br>E-mail: |

**Warning Codes:** DELINQUENT LOAN, BANKRUPTCY,

### ■ Share 01: PRIMARY SHARE
Balance: 5.00    Available: 0.00

### ■ Loan 60: 2007 CHEV SIL/BK13FILED 9/29/9

| | | | |
|---|---|---|---|
| Monthly Payment: 1,191.19 | DQ Amount: 1,146.33 | Due Date: 09/14/2009 | Late Charge Due: 0.00 |
| Payment Req to Make Current: 2,337.52 | Last Pmt: 09/11/2009 | Partial Payment: 44.86 | Days Past Due: 23 |
| Balance: 47,720.96 | Original Date: 05/02/2007 | Original Amount: 57,872.08 | |

## Bobbie Neri-Ibe

**From:** MJ Malbas
**Sent:** Wednesday, October 07, 2009 2:04 PM
**To:** Bobbie Neri-Ibe
**Subject:** RE: 1071090 L60 Alcaraz

| VIN | 1GCHK23657F521568 | | | Financed | 05/17/2007 | Tech | MMM |
|---|---|---|---|---|---|---|---|
| Status | **_Perfected Title_** | | | DMV Work | 05/15/2007 | | |
| Borrower | ALCARAZ JOE 718 CALLE JAZMIN THOUSAND OAKS, CA 91360 | | | Imported | 05/16/2007 | | |
| | | | | Added | 05/17/2007 | | |
| | | | | Perfected | 05/17/2007 | | |
| | | | | Payoff | / / | Tech | |
| Borrower Home Phone | | | | Released | / / | | |
| | | | | Release Type | | | |
| Borrower Work Phone | | | | Exported | / / | | |
| | | | | DMV Response | / / | Code | |
| Branch | | Acct # | 1071090 | DMV Deleted | / / | | |
| Loan # | | Suffix | 60 | Expires | / / | | |
| Owner | ALCARAZ JOE | | | FDI Assigned User | | FDI Action Date | / / |
| Lienholder | VENTURA CNTY CU | | | | | | |
| Dealer ID | | | | Lienholder Assigned User | | Lienholder Action Date | / / |
| Year | 2007 | Make | CHEV | | | | |
| License | 8F50254 | Title # | | Misc. | | | |
| Body | PK | Vehicle Type | VEH | State | CA | **Electronic** | |
| Registration Expiration | 080430 | | | | | | |
| Account Type | | Loan Type | Vehicle | | | | |

| Edit | More Details | Assign User/Action Date | Save Note | Release | ExplodeVIN |
|---|---|---|---|---|---|

*Notes*

Record Activity for VENTURA CNTY CU

OTTS - Status changed to PT on 05/17/2007 02:14:05 PM by Mary Malbas
VTTS - Status changed to PL on 05/16/2007 10:13 PM by FDI

**From:** Bobbie Neri-Ibe
**Sent:** Wednesday, October 07, 2009 2:02 PM
**To:** MJ Malbas

10/7/2009

**0001071090  Loan 60: 2007 CHEV SIL/BK13FILED 9/29/9 Transaction Summary**                          **10/07/2009**

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2... | L 60 | 09/23/2... | Insuranc... | 360.00 | 360.00 | 0.00 | 0.00 | 47,720.96 | INSURANCE AD... | 0.00 |
| | | | Check Received 1,200.00 | | | | | | | |
| | | | %% PartialPmt  36.05 to  44.86 | | | | | | | |
| 09/11/2... | L 60 | 09/11/2... | Check P... | 1,200.00 | -789.13 | 403.... | 7.00 | 47,360.96 | | 0.00 |
| | | | Check Received 1,200.00 | | | | | | | |
| | | | %% PartialPmt  27.24 to  36.05 | | | | | | | |
| 08/03/2... | L 60 | 08/03/2... | Check P... | 1,200.00 | -981.67 | 211.... | 7.00 | 48,150.09 | | 0.00 |
| | | | Check Received 1,200.00 | | | | | | | |
| | | | %% PartialPmt  18.43 to  27.24 | | | | | | | |
| 07/14/2... | L 60 | 07/14/2... | Check P... | 1,200.00 | -838.35 | 354.... | 7.00 | 49,131.76 | | 0.00 |
| | | | Check Received 1,200.00 | | | | | | | |
| | | | %% PartialPmt  9.62 to  18.43 | | | | | | | |
| 06/11/2... | L 60 | 06/11/2... | Check P... | 1,200.00 | -886.74 | 306.... | 7.00 | 49,970.11 | | 0.00 |
| | | | Check Received 1,192.00 | | | | | | | |
| | | | %% PartialPmt  8.81 to  9.62 | | | | | | | |
| 05/14/2... | L 60 | 05/14/2... | Check P... | 1,192.00 | -840.33 | 344.... | 7.00 | 50,856.85 | | 0.00 |
| | | | Check Received 1,200.00 | | | | | | | |
| | | | %% PartialPmt  0.00 to  8.81 | | | | | | | |
| 04/13/2... | L 60 | 04/13/2... | Check P... | 1,200.00 | -731.37 | 461.... | 7.00 | 51,697.18 | | 0.00 |
| 03/16/2... | L 60 | 03/16/2... | Insuranc... | 240.00 | 240.00 | 0.00 | 0.00 | 52,428.55 | INSURANCE AD... | 0.00 |
| | | | Check Received 1,184.38 | | | | | | | |
| | | | %% PartialPmt  6.81 to  0.00 | | | | | | | |
| 03/03/2... | L 60 | 03/03/2... | Check P... | 1,184.38 | -891.98 | 285.... | 7.00 | 52,188.55 | | 0.00 |
| | | | Check Received 1,198.00 | | | | | | | |
| | | | %% PartialPmt  0.00 to  6.81 | | | | | | | |
| 02/06/2... | L 60 | 02/06/2... | Check P... | 1,198.00 | -843.08 | 347.... | 7.00 | 53,080.53 | | 0.00 |
| | | | Check Received 1,191.19 | | | | | | | |
| 01/07/2... | L 60 | 01/07/2... | Check P... | 1,191.19 | -877.75 | 306.... | 7.00 | 53,923.61 | | 0.00 |
| | | | Check Received 1,191.19 | | | | | | | |
| 12/12/2... | L 60 | 12/12/2... | Check P... | 1,191.19 | -837.17 | 347.... | 7.00 | 54,801.36 | | 0.00 |
| | | | Check Received 1,184.38 | | | | | | | |
| 11/13/2... | L 60 | 11/13/2... | Check P... | 1,184.38 | -752.90 | 424.... | 7.00 | 55,638.53 | | 0.00 |
| | | | Check Received 1,191.19 | | | | | | | |
| 10/09/2... | L 60 | 10/09/2... | Check P... | 1,191.19 | -839.55 | 344.... | 7.00 | 56,391.43 | | 0.00 |
| | | | Check Received 1,191.00 | | | | | | | |
| 09/11/2... | L 60 | 09/11/2... | Check P... | 1,191.00 | -710.47 | 473.... | 7.00 | 57,230.98 | | 0.00 |
| | | | Check Received 1,191.19 | | | | | | | |
| 08/04/2... | L 60 | 08/04/2... | Check P... | 1,191.19 | -741.02 | 443.... | 7.00 | 57,941.45 | | 0.00 |
| 07/01/2... | L 60 | 07/01/2... | Insuranc... | -6,686.00 | -6,686.00 | 0.00 | 0.00 | 58,682.47 | INSURANCE AD... | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 06/30/2... | L 60 | 06/30/2... | Check P... | 900.62 | -496.98 | 396.... | 7.00 | 65,368.47 | | 0.00 |
| | | | Check Received 808.24 | | | | | | | |
| 06/02/2... | L 60 | 06/02/2... | Check P... | 808.24 | -178.94 | 622.... | 7.00 | 65,865.45 | | 0.00 |
| 05/07/2... | L 60 | 05/07/2... | Insuranc... | 10,029.00 | 10,029.00 | 0.00 | 0.00 | 66,044.39 | INSURANCE AD... | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 04/16/2... | L 60 | 04/16/2... | Check P... | 900.62 | -584.13 | 316.... | 0.00 | 56,015.39 | | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 03/21/2... | L 60 | 03/21/2... | Check P... | 900.62 | -642.09 | 258.... | 0.00 | 56,599.52 | | 0.00 |
| 02/29/2... | L 60 | 02/29/2... | Cash Pa... | 1,000.00 | -632.04 | 360.... | 7.00 | 57,241.61 | | 0.00 |
| 01/31/2... | L 60 | 01/31/2... | Cash Pa... | 900.62 | -504.41 | 389.... | 7.00 | 57,873.65 | | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 12/31/2... | L 60 | 12/31/2... | Check P... | 900.62 | -418.85 | 474.... | 7.00 | 58,378.06 | | 0.00 |
| 12/17/2... | L 60 | 12/17/2... | Insuranc... | -7,124.00 | -7,124.00 | 0.00 | 0.00 | 58,796.91 | INSURANCE AD... | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 11/26/2... | L 60 | 11/26/2... | Check P... | 900.62 | -309.61 | 584.... | 7.00 | 65,920.91 | | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 10/16/2... | L 60 | 10/16/2... | Check P... | 900.62 | -384.85 | 515.... | 0.00 | 66,230.52 | | 0.00 |
| | | | Check Received 900.62 | | | | | | | |
| 09/10/2... | L 60 | 09/10/2... | Check P... | 900.62 | -558.81 | 341.... | 0.00 | 66,615.37 | | 0.00 |
| 09/04/2... | L 60 | 09/04/2... | Insuranc... | 10,686.00 | 10,686.00 | 0.00 | 0.00 | 67,174.18 | INSURANCE AD... | 0.00 |

## 0001071090  Loan 60: 2007 CHEV SIL/BK13FILED 9/29/9 Transaction Summary          10/07/2009

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Check Received 900.62 | | | | | | | |
| 08/14/2... | L 60 | 08/14/2... | Check P... | 900.62 | -411.13 | 489.... | 0.00 | 56,488.18 | | 0.00 |
| | | | Check Received 1,801.24 | | | | | | | |
| 07/05/2... | L 60 | 07/05/2... | Check P... | 1,801.24 | -972.77 | 821.... | 7.00 | 56,899.31 | | 0.00 |
| | | | Check 01 500285995 Disbursed 57,872.08 | | | | | | | |
| 05/02/2... | L 60 | 05/02/2... | Check N... | 57,872.08 | 57,872.08 | 0.00 | 0.00 | 57,872.08 | | 0.00 |

# EXHIBIT B

Objection to Proof of Claim Number 5

6

# Kelley Blue Book — THE TRUSTED RESOURCE

[ SEARCH ]

| Home | New Cars | Used Cars | Research & Explore | News & Reviews | Dealers & Inventory | **Classifieds** | Loans & Insurance | KBB® Green |

Search Used Car Listings | Free Dealer Price Quote | Find a Dealer



**Latest Car News**
Geneva Auto Show: 2011 Kia Sportage
More News

Home > Car Classifieds

## Used 2007 Chevrolet Silverado 2500 Pickup For Sale in 93065

**Refine Your Search**

Displaying 1-10 of about 10    Sort by [ Best Match ]

Your search:   clear all
Make: Chevrolet   clear
Model: Silverado 2500 Pickup   clear
Year: 2007   clear
Location: 93065   clear
Radius: 75 miles
Make: Chevrolet
Model: Silverado 2500

☐ Show only Certified Pre-Owned Vehicles

**Trim**
- LS — 3
- LT — 3
- LT1 — 1
- unknown — 3

**Color**
- White — 8
- Gray — 1
- Red — 1

**Fuel Type**
- Gasoline — 9
- Diesel — 1

**Features**
- Air Conditioning — 9
- Anti-lock Brakes — 9
- Power Steering — 9
- CD — 8
- Cruise Control — 7
- Power Locks — 7
- Power Windows — 7
- Intermittent Wipers — 6
- More »

Previous | **1** | Next



**2007 CHEVROLET SILVERADO 2500HD LT** — $22,630
Mileage: 43,442
Exterior color: White
Engine: 8 Cyl
Transmission: Automatic
Drive Type: 2WD
Blue Book® Certified Pre-Owned Value: Get Value
Phone: 800-989-3942
Location: Orange, CA
Distance: 63 miles away
Get More Info ▸
Free CARFAX Report

**2007 CHEVROLET SILVERADO 2500HD LT** — $23,790
Mileage: 13,474
Exterior color: Red
Engine: 8 Cyl
Transmission: Automatic
Drive Type: 2WD
Blue Book® Certified Pre-Owned Value: Get Value
Phone: 800-989-3942
Location: Orange, CA
Distance: 63 miles away
Get More Info ▸
Free CARFAX Report

**2007 CHEVROLET SILVERADO 2500HD** — $24,990
Mileage: 34,618
Exterior color: White
Interior color: Black
Engine: 8 Cyl
Transmission: Automatic
Blue Book® Suggested Retail Value: Get Value
Phone: 866-618-2586
Location: Irvine, CA
Distance: 72 miles away
Get More Info ▸
Get A CARFAX Report

**2007 CHEVROLET SILVERADO 2500HD CLASSIC LS** — $34,295
Mileage: 28,812
Exterior color: White
Engine: 8 Cyl
Transmission: Automatic
Drive Type: 2WD
Blue Book® Certified Pre-Owned Value: Get Value
Location: Santa Paula, CA
Distance: 18 miles away
Get More Info ▸
Free CARFAX Report

**2007 CHEVROLET SILVERADO 2500HD LT1**
Mileage: 27,459
Exterior color: White
Engine: 8 Cyl
Transmission: Automatic
Drive Type: 4WD
Blue Book® Suggested Retail Value: Get Value
Location: Claremont, CA
Distance: 61 miles away



- advertisement -
Santa Paula Chevrolet — GO! SantaPaulaChevrolet.com
- advertisement -
GM Certified MEANS No Worries. ▸ Learn more

Free CARFAX Report

**SHOWCASE DEALER**

**Santa Paula Chevrolet**



Location: Santa Paula, CA    1.866.326.8882

---



**2007 CHEVROLET SILVERADO 2500HD LT**

**Mileage:** 33,000
**Exterior color:** Gray
**Engine:** 8 Cyl
**Transmission:** Automatic
**Drive Type:** 2WD

$26,415

**Blue Book® Suggested Retail Value:** Get Value
**Location:** Bellflower, CA
**Distance:** 45 miles away

Get More Info ▸

Get A CARFAX Report

---



**2007 CHEVROLET SILVERADO 2500HD LS**

**Mileage:** 48,269
**Exterior color:** White
**Interior color:** Gray
**Engine:** 8 Cyl
**Transmission:** Automatic
**Drive Type:** 2WD

$18,999

**Blue Book® Suggested Retail Value:** Get Value
**Location:** Corona, CA
**Distance:** 73 miles away

Get More Info ▸

Get A CARFAX Report

---



**2007 CHEVROLET SILVERADO 2500HD**

**Mileage:** 50,726
**Exterior color:** White
**Engine:** 8 Cyl
**Transmission:** Automatic
**Drive Type:** 4WD

$24,445

**Location:** Bakersfield, CA
**Distance:** 70 miles away

Get More Info ▸

Free CARFAX Report

---



**2007 CHEVROLET SILVERADO 2500HD**

**Mileage:** 41,353
**Exterior color:** White
**Interior color:** Gray
**Engine:** 8 Cyl
**Transmission:** Automatic
**Drive Type:** 2WD

Blue Seal Listing

NEWLY LISTED    $17,950

**Blue Book® Suggested Retail Value:** Get Value
**Dealer:** Reynolds Pontiac Buick GMC
**Location:** West Covina, CA
**Distance:** 49 miles away

Get More Info ▸

Free CARFAX Report

---

**2007 CHEVROLET SILVERADO 2500HD LS**

**Mileage:** 41,893
**Exterior color:** White
**Interior color:** Black
**Engine:** 8 Cyl
**Transmission:** Automatic
**Drive Type:** 2WD

Blue Seal Listing

$15,950

**Blue Book® Suggested Retail Value:** Get Value
**Dealer:** Reynolds Pontiac Buick GMC
**Location:** West Covina, CA
**Distance:** 52 miles away

Get More Info ▸

Free CARFAX Report

Previous | **1** | Next

Notice of Motion (with Hearing) - *Page 2*    F 9013-1.1

| In re | CHAPTER: |
|---|---|
| Debtor(s). | CASE NO.: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ and Notice _____ will be served or was served **(a)** on the jud
in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
*Date*                    *Type Name*                *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-1.1