# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Lyla Kay Alcaraz

**BANKRUPTCY NO.** 1:09–bk–22743–MT

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4260
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/12/10

**JOINT DEBTOR INFORMATION:**
Joe Cardoza Alcaraz

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4430
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 3/12/10

**Address:**
718 Calle Jazmin
Thousand Oaks, CA 91360

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: March 12, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court